IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MAYELA GARZA D/B/A COLONIAL CIACO ESTRELLAS  *Plaintiffs*, | § § § § | |
| v. | § § | Case No. _____ |
| COVINGTON SPECIALTY INSURANCE COMPANY  *Defendant*. | § § § | |

## NOTICE OF REMOVAL

COME NOW, Defendant, COVINGTON SPECIALTY INSURANCE COMPANY ("***Defendant***") and file this Notice of Removal from the 139th Judicial District Court of Hidalgo County, Texas pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support thereof, Defendant would respectfully show the following:

### I.   BACKGROUND

1. On or about March 15, 2021, Plaintiff Mayela Garza d/b/a Colonial Ciaco Estrellas ("Plaintiff") filed this action in the 139th Judicial District Court of Hidalgo County, Texas, bearing Cause No. C-0999-21-C (the "State Court Action") against Defendant. An Index of State Documents Filed with this Notice of Removal is attached hereto as "Exhibit A."

2. Plaintiff's Original Petition (the "Complaint"), filed on or about March 15, 2021, is the live pleading in this case.[1] Defendant Covington Specialty Insurance

---

[1] The Complaint is attached hereto in accordance with 28 U.S.C. § 1664(a) as Ex. B-2.

Company was named as a defendant in Plaintiff's Original Petition.[2]

3. Defendant was served with Plaintiff's Complaint on March 25, 2021. Thus, this Notice of Removal of the case to the United States District Court is timely filed by Defendant, it being filed not more than thirty (30) days after service of the Complaint on Defendant and within one year since the action was originally commenced, in accordance with 28 U.S.C. §§ 1441 and 1446.

## II. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

4. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Plaintiff and Defendant and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.  Complete Diversity Exists Between Plaintiff and Defendants.**

5. Plaintiff's State Court Action may be removed to this Court because it arises under 28 U.S.C. § 1332.

6. Plaintiff alleges in the Complaint that they are residents of Hidalgo County, Texas.[3]

7. Defendant Covington Specialty Insurance Company ("*Covington*") is an insurance company engaged in the business of insurance in the State of Texas, but is incorporated in New Hampshire and has its principal place of business in Atlanta, Georgia. Therefore, Covington is a citizen of New Hampshire and Georgia.

9. Because there is a complete diversity of citizenship, the district courts of the United States have original jurisdiction over this action, in that Plaintiff and

---

[2] *Id.*
[3] *See* Complaint at Ex. B-2, ¶ 2.

Defendant are now and were at the time this action commenced, diverse in citizenship from each other.

**B.    Amount in Controversy Exceeds $75,000.**

10.    Plaintiff's Complaint pleads damages between $250,000.00 and $1,000,000.00.[4] Therefore, the face of the Complaint establishes that Plaintiff seeks damages in excess of $75,000, excluding interest and costs and the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)-(B) is satisfied.

### III.  CONSENT TO REMOVAL

11.    As the only defendant, Covington Specialty Insurance Company consents to the removal of this case to federal court.[5]

### IV.  VENUE

12.    Venue for removal is proper in this district and division because this district embraces the 139th Judicial District Court of Hidalgo County, Texas, the forum in which the removed action was pending.

### V.  NOTICE

13.    Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Hidalgo County, Texas, where the State Court Action was previously pending.

---

[4] *See* Complaint at Ex. B-2, ¶ 48.
[5] 28 U.S.C. § 1446(b)(2)(A).

14.    Copies of all pleadings, process, order, requests for trial by jury, and other filings in the state court action are attached to this Notice in Exhibit B as required by 28 U.S.C. § 1446(a).

15.    The following documents are being filed with this Court as exhibits to this Notice of Removal:

EXHIBIT A.  Index of State Court Filings;

EXHIBIT B.  Copies of all State Court Filings; and

EXHIBIT C.  Notice of Parties and Counsel of Record.

## VI.    JURY DEMAND

16.    Defendant Covington Specialty Insurance Company demands a trial by jury on all issues and claims in this case.

## PRAYER

WHEREFORE Defendant, Covington Specialty Insurance Company respectfully prays that this cause be removed to this Court and this Court accept jurisdiction of this action. Defendant further pray that this Court place this action on its docket for further proceeds as though it had originated in this Court and that this Court issue all necessary orders.

Respectfully submitted,

*[Signature block on following page.]*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Joelle G. Nelson*
JOELLE G. NELSON
Texas Bar No. 24032501
Federal ID No. 38429
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
E-mail: Joelle.Nelson@lewisbrisbois.com
**ATTORNEY-IN-CHARGE FOR DEFENDANT COVINGTON SPECIALTY INSURANCE COMPANY**

ANDREW J. KULDANEK
Texas Bar No.: 24070089
Federal ID No. 2983891
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
Andrew.Kuldanek@lewisbrisbois.com
**OF-COUNSEL FOR DEFENDANT COVINGTON SPECIALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Notice of Removal was served in accordance with the Federal Rules of Civil Procedure on this 23rd day of April, 2021, on the following counsel of record:

***Counsel for Plaintiff***
Larry W. Lawrence, Jr.
Michael Lawrence
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Fax: (800) 507-4152
Lawrencefirm@gmail.com

             */s/ Andrew J. Kuldanek*
             Andrew J. Kuldanek