# Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| MAYELA GARZA D/B/A | § | |
| COLONIAL CIACO ESTRELLAS | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Case No. _____ |
| COVINGTON SPECIALTY INSURANCE | § | |
| COMPANY | § | |
| *Defendant.* | § | |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE FILED |
|---|---|---|
| B-1 | Cover Letter | 3/15/2021 |
| B-2 | Plaintiff's Original Petition | 3/15/2021 |
| B-3 | Service Issued Notice | 3/15/2021 |
| B-4 | Citation to Covington Specialty Insurance Company | 3/15/2021 |
| B-5 | Answer of Covington Specialty Insurance Company | 4/19/2021 |

**EXHIBIT C**   Information to be Filed with Notice of Removal

4819-9098-7493.1