**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **MAYELA GARZA D/B/A** | § | |
| **COLONIAL CIACO ESTRELLAS** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CASE NO. 7:21-cv-00157** |
| | § | |
| **COVINGTON SPECIALTY** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant* | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff, Mayela Garza d/b/a Colonial Ciaco Estrellas, and Defendant, Covington Specialty Insurance Company (collectively the "Parties") and file this, *Agreed Motion to Dismiss with Prejudice*, requesting the Court dismiss with prejudice all claims asserted, or that could have been asserted in connection with the matter that is the subject of this lawsuit, against Defendant, Covington Specialty Insurance Company. In support thereof, the Parties would show as follows:

Without any Party admitting liability in this cause, the Parties announce that they have entered into a confidential settlement agreement. This settlement agreement resolves all claims and causes of action which were raised or could have been raised in the above-referenced lawsuit. Accordingly, the Parties respectfully request this Court enter an order dismissing this case in its entirety, with prejudice, and releasing the Parties with each Party to bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

**LAWRENCE LAW FIRM**

4882-5869-7786.4

*/s/ Celeste Guerra (w/ permission)*
Larry W. Lawrence, Jr.
State Bar No.: 00794145
Federal ID No.: 21827
Michael Lawrence
State Bar No.: 24055826
Federal ID No.: 705429
Celeste Guerra
State Bar No.: 00795395
Federal ID No.: 23092
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Phone: 956.994.0057
Fax: 800.507.4152
Email: Lawrencefirm@gmail.com
**ATTORNEYS FOR PLAINTIFF**

**-AND-**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


*/s/ Starr M. Forster*
**JOELLE G. NELSON**
Texas Bar No.: 24032501
Federal ID No.: 38429
**STARR M. FORSTER**
Texas Bar No.: 24084230
Federal ID No.: 3803559
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax: (713) 759-6830
Joelle.Nelson@lewisbrisbois.com
Starr.Forster@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT**
**COVINGTON     SPECIALTY     INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 24th day of October, 2022:

***Counsel for Defendant Covington Specialty Insurance Company:***
Joelle G. Nelson
Starr M. Forster
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax: (713) 759-6830
Joelle.Nelson@lewisbrisbois.com
Starr.Forster@lewisbrisbois.com

***Counsel for Plaintiff:***
Larry W. Lawrence, Jr.
Michael Lawrence
Celeste Guerra
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Phone: 956.994.0057
Fax: 800.507.4152
Email: Lawrencefirm@gmail.com

*/ s / Starr M. Forster*
STARR M. FORSTER