Case 7:21-cv-00157   Document 17   Filed on 10/25/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MAYELA GARZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-CV-00157 |
| § | |
| COVINGTON SPECIALTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING AGREED MOTION TO DISMISS

Now before the Court is the Parties' "Agreed Motion to Dismiss with Prejudice." (Dkt. No. 16). After considering the Motion, the Court is of the opinion that it should be **GRANTED**.

It is, therefore, **ORDERED** that all claims of Plaintiff Mayela Garza d/b/a Colonial Ciaco Estrellas against Defendant Covington Specialty Insurance Company are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all Parties are to pay their own costs, expenses, and attorney's fees.

SO ORDERED October 25, 2022, at McAllen, Texas.

_Randy Crane_
Randy Crane
United States District Judge